UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD THOMPSON,<br><br>Defendant. | Case No.<br><br>**FILED UNDER SEAL** |

### ORDER

This matter having come before the Court pursuant to the motion of the United States to seal the Indictment and related documents in this case and delay entry of this criminal case on the public docket until the arrest warrants for the defendants are executed, and because of such reasonable grounds to believe the disclosure of the documents to be sealed will result in serious jeopardy to the investigation and flight from prosecution, the United States has established that a compelling interest exists to justify the requested sealing. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the Indictment, arrest warrants, this motion and proposed order, and any order granting this motion, and to delay entry of Richard Thompson on the public docket until the warrant for his arrest has been executed, at which time the Indictment and related documents shall be unsealed by operation of this order and may be publicly shared by the Government.

Date: September 9, 2025

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE